# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NATOSHA N. DAILEY

NO. 2024 KW 0407

**AUGUST 12, 2024**

---

In Re:   Natosha N. Dailey, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No. 21-
         CR5-147421.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                              **EW**
                              **SMM**

   **Greene, J.,** dissents and would order the state to file a
response.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT